UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIRKY IP LICENSING, LLC<br><br>              Plaintiff,<br><br>      v.<br><br>MARY ELLE FASHIONS, INC. d/b/a MERIDIAN ELECTRIC COMPANY<br><br>              Defendants. | Case No.: 2:20-cv-7811<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL (DKT. 16)**<br><br>JS-6 |

Based on a review of the Stipulation of Voluntary Dismissal (the "Stipulation" (Dkt. 16)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

Dated: February 16, 2021

_____
John A. Kronstadt
United States District Judge